**Fill in this information to identify the case:**

Debtor name __Green Jane Inc._____

United States Bankruptcy Court for the: __Central_____ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Geoff Myernick (Coldstream Green LLC) 7081 Stonington Rd Cincinnati, OH 45230 (513)520-3121 | Geoff Myernic (Coldstream Green LLC) 7081 Stonington Rd Cincinnati, OH 45230 (513)520-3121 | Note | Contingent | | | 50,000.00 |
| 2 | George Cretella 1 Cherokee CT Morganville NJ 07551 | George Cretella 1 Cherokee CT Morganville NJ 07551 | Note | Contingent | | | 100,000.00 |
| 3 | Elizabeth Fifer PO Box 157 Birchrunville, PA 19421 (610) 933-5627 | Elizabeth Fifer PO Box 157 Birchrunville, PA 19421 (610) 933-5627 | Note | Contingent | | | 50,000.00 |
| 4 | Matthew McNallan 1850 Bassett St Apt 621 Denver, CO 80202 (507)216-0069 | Matthew McNallan 1850 Bassett St Apt 621 Denver, CO 80202 | Note | Contingent | | | 50,000.00 |
| 5 | Baker & Hostetler LLP PO Box 70189 Cleveland, OH 44190-0189 | D.D. Perry PO Box 70189 Cleveland, OH 44190-0189 | Professional Services | Contingent | | | 60,000.00 |
| 6 | Ty Seufer 10010 Steeplechase Dr Franktown, CO 80116 | Ty Seufer 10010 Steeplechase Dr Franktown, CO 80116 | Judgment based on lease agreement | Contingent | | | 90,000.00 |
| 7 | Carmen Lopez 6302 Alviso Los Angeles, CA 90043 | Carmen Lopez 6302 Alviso Los Angeles, CA 90043 | Professional Services | Contingent | | | 100,000.00 |
| 8 | James Wong 1563 Solano Ave #299 Berkeley CA 94707 | James Wong 1563 Solano Ave #299 Berkeley CA 94707 | Professional Services | Contingent | | | 100,000.00 |

Debtor  <u>Green Jane Inc.</u>  
       Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Andrew Obermueller 1811 Rally Lane Harker Heights TX 76548 | Andrew Obermueller 1811 Rally Lane Harker Heights TX 76548 | Professional Services | Contingent | | | 100,000.00 |
| 10 | Elizabeth Pearce 309 Carrera Dr Mill Valley CA 94941 | Elizabeth Pearce 309 Carrera Dr Mill Valley CA 94941 | Professional Services | Contingent | | | 100,000.00 |
| 11 | Richard Costanzo 1800 Alma Ave #407 Walnut Creek CA 94596 | Richard Costanzo 1800 Alma Ave #407 Walnut Creek CA 94596 | Note & Professional Services | Contingent | | | 300,000.00 |
| 12 | William Beetz 10539 Audibrook Dr. Spring Hill, FL 34608 | William Beetz 10539 Audibrook Dr. Spring Hill, FL 34608 | Professional Services | Contingent | | | 100,000.00 |
| 13 | Kris Dehnert 2626 S Oakland Ave Lakeland FL 33803 | Kris Dehnert 2626 S Oakland Ave Lakeland FL 33803 | Professional Services & Note | Contingent | | | 150,000.00 |
| 14 | NuView (Helen Pachynsky) 1064 Greenwood Blvd. Ste 312 Lake mary, FL 33746 | NuView (Helen Pachynsky) 1064 Greenwood Blvd. Ste 312 Lake mary, FL 33746 | Note | Contingent | | | 100,000.00 |
| 15 | Maria Kent•• 705 Hardy Way Auburndale, FL 33823 | Maria Kent•• 705 Hardy Way Auburndale, FL 33823 | Note | Contingent | | | 30,000.00 |
| 16 | Gomez Family Trust 13110 Little Farms Dr Spring Hill, FL 34609 | Gomez Family Trust 13110 Little Farms Dr Spring Hill, FL 34609 | Note and Professional Services | Contingent | | | 200,000.00 |
| 17 | Paula Garlinge Trust 233 Eagleton Estates Blvd Palm Beach Gardens, FL33418 | James Garlinge 233 Eagleton Estates Blvd Palm Beach Gardens, FL33418 | Note | Contingent | | | 200,000.00 |
| 18 | HRBenefix CO LLC 720 S. Colorado Blvd Ste 40 Denver, CO 80246 | HRBenefix CO LLC 720 S. Colorado Blvd Ste 400-S Denver, CO 80246 | Agreement | Contingent | | | 250,00.00 |
| 19 | BizBlueprint, Inc. 29455 Gulf Blvd Suite 5 Indian Shores, FL 33785 | BizBlueprint, Inc. 29455 Gulf Blvd Suite 5 Indian Shores, FL 33785 | Professional Services | Contingent | | | 450,000.00 |
| 20 | Green CO2 IP, LLC 204 N Link Lane Unit 2 Fort Collins, CO 80524 | Green CO2 IP, LLC 204 N Link Lane Unit 2 Fort Collins, CO 80524 | License Agreement & Note | Contingent | | | 20,734,780 |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2