**Fill in this information to identify the case:**

Debtor name ___Green Jane Inc.___

United States Bankruptcy Court for the: ___Central___ District of ___California___
(State)

Case number (If known): ___2:17-bk-12677___

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____    Column B: $_____

**2.2**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $_____    Column B: $_____

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Debtor    Green Jane Inc.
_____    Case number (if known) 2:17-bk-12677
          Name

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**    Creditor's name                          Describe debtor's property that is subject to a lien

_____    _____    $_____    $_____

Creditor's mailing address           _____

_____    _____

_____    **Describe the lien**
                                    _____

Creditor's email address, if known   **Is the creditor an insider or related party?**
                                    ☐ No
_____    ☐ Yes

Date debt was incurred  _____    **Is anyone else liable on this claim?**
                                    ☐ No
Last 4 digits of account             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
number    __ __ __ __

Do multiple creditors have an interest in the    **As of the petition filing date, the claim is:**
same property?                                   Check all that apply.
☐ No                                             ☐ Contingent
☐ Yes. Have you already specified the relative   ☐ Unliquidated
   priority?                                     ☐ Disputed
   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is
      specified on lines _____

**2.__**    Creditor's name                          Describe debtor's property that is subject to a lien

_____    _____    $_____    $_____

Creditor's mailing address           _____

_____    _____

_____    **Describe the lien**
                                    _____

Creditor's email address, if known   **Is the creditor an insider or related party?**
                                    ☐ No
_____    ☐ Yes

Date debt was incurred  _____    **Is anyone else liable on this claim?**
                                    ☐ No
Last 4 digits of account             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
number    __ __ __ __

Do multiple creditors have an interest in the    **As of the petition filing date, the claim is:**
same property?                                   Check all that apply.
☐ No                                             ☐ Contingent
☐ Yes. Have you already specified the relative   ☐ Unliquidated
   priority?                                     ☐ Disputed
   ☐ No. Specify each creditor, including this
      creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is
      specified on lines _____

| Debtor | Green Jane Inc. | Case number (if known) 2:17-bk-12677 |
|---|---|---|
| | Name | |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Willard and Associates<br>215 West Oak Street Suite 600<br>Fort Collins, CO 80521 | Line 2. 20 | BevTech |
| Jonathan M. Dickey Esq<br>999 18th St Suite 1230-S<br>Denver, CO 80202 | Line 2. 06 | Seufer |
| Andrew J. Gibbs, Esq.<br>1522 Blake Street, Suite 200<br>Denver, Colorado 80202 | Line 2. 17 | Garlinge |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |