1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  HATTY YIP, State Bar No. 246487
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Boulevard, Suite 1850
5  Los Angeles, California 90017-3560
   (213) 894-1507 telephone
6  (213) 894-2603 facsimile
   Email: hatty.yip@usdoj.gov
7

8                  UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

10

11  In re:                          )  Case No.: 2:17-bk-12677-ER
                                    )
12  **GREEN JANE, INC.**,            )  Chapter 11
                                    )
13       Debtor.                    )  NOTICE OF APPOINTMENT AND
                                    )  APPOINTMENT OF COMMITTEE OF
14                                  )  CREDITORS HOLDING UNSECURED
                                    )  CLAIMS
15                                  )
                                    )
16  _____)

17       Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following

18  two (2) Creditors to serve on the Committee of Creditors holding unsecured claims:

19                         SEE ATTACHED EXHIBIT A

20

21  DATED: 4-5-17                   **PETER C. ANDERSON**
                                    **UNITED STATES TRUSTEE**
22
23                                  By: /s/ Peter C Anderson
24                                      Peter C. Anderson
                                        United States Trustee
25

26

27

28

                                    1

EXHIBIT A

EXHIBIT A

| | |
|---|---|
| 1 | **EXHIBIT "A"** |
| 2 | In re: GREEN JANE, INC.; 2:17-bk-12677-ER |
| 3 | Paula Garlinge Trust |
| | c/o James Garlinge |
| 4 | 233 Eagleton Estate Blvd. |
| | Palm Beach Gardens, FL 33418 |
| 5 | Telephone: (561) 722-3201 |
| | Email: jeg@mgapalmbeach.com |
| 6 | |
| 7 | Elizabeth Pearce, CFA |
| | 309 Carrera Dr. |
| | Mill Valley, CA 94941 |
| 8 | Phone: (415) 595-4784 |
| | Elizabeth.Pearce@comcast.net |
| 9 | |
| 10 | |
| ... | |
| 28 | |

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): __**NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __**4/5/17**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - Philip H Stillman    pstillman@stillmanassociates.com
   - United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   - Hatty K Yip    hatty.yip@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) __**4/5/17**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
DEBTOR: Green Jane, Inc., 4712 Admiralty Way #1236, Marina Del Rey, CA 90292

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __**4/5/17**__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY: [Pursuant to the UST's agreement with the U.S. Bankruptcy Court, Judge's Courtesy Copy was mailed via Federal Express overnight mail to the following address] U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012, Attn: Mail Room Clerk—Judges Copies

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/5/17 | Lawrence Pleasant | *(signed)* Lawrence Pleasant |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE