PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-1507 telephone
(213) 894-2603 facsimile
Email: hatty.yip@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

In re:

**GREEN JANE, INC.,**

Debtor.

Case No.: 2:17-bk-12677-ER

Chapter 11

**AMENDED NOTICE OF APPOINTMENT AND APPOINTMENT OF THREE ADDITIONAL MEMBERS TO THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following three (3) additional Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

The Office Committee of unsecured creditors now consists of the following members:

SEE ATTACHED EXHIBIT B

DATED: April 19, 2017

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**

By: _____
Peter C. Anderson
United States Trustee

1

**EXHIBIT "A"**

In re: GREEN JANE, INC.; 2:17-bk-12677-ER

<u>Additional Committee Members</u>

Richard L. Costanzo
1852 Viognier Crt
Brentwood, CA 94513
Phone: (925) 698-2622
Email: cpre77@gmail.com

James P. Fitzgerald
1601 Kentucky Way
Rocklin, CA 95765
Phone: (916) 435-9334
Email: jim@fitzsmail.com

James Wong
1563 Solano Ave, #299
Berkeley, CA 94707
Phone: (847) 814-8880
Email: jimwong88@mac.com

**EXHIBIT "B"**

In re: GREEN JANE, INC.; 2:17-bk-12677-ER

<u>Committee Members</u>

Paula Garlinge Trust
c/o James Garlinge
233 Eagleton Estate Blvd.
Palm Beach Gardens, FL 33418
Telephone: (561) 722-3201
Email: jeg@mgapalmbeach.com

Elizabeth Pearce, CFA
309 Carrera Dr.
Mill Valley, CA 94941
Phone: (415) 595-4784
Elizabeth.Pearce@comcast.net

Richard L. Costanzo
1852 Viognier Crt
Brentwood, CA 94513
Phone: (925) 698-2622
Email: cpre77@gmail.com

James P. Fitzgerald
1601 Kentucky Way
Rocklin, CA 95765
Phone: (916) 435-9334
Email: jim@fitzsmail.com

James Wong
1563 Solano Ave, #299
Berkeley, CA 94707
Phone: (847) 814-8880
Email: jimwong88@mac.com

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF APPOINTMENT AND APPOINTMENT OF THREE ADDITIONAL MEMBERS OF THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **4/19/17**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Philip H Stillman    pstillman@stillmanassociates.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **4/19/17**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
DEBTOR: Green Jane, Inc., 4712 Admiralty Way #1236, Marina Del Rey, CA 90292

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **4/19/17**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
JUDGE'S COPY: [Pursuant to the UST's agreement with the U.S. Bankruptcy Court, Judge's Courtesy Copy was mailed via Federal Express overnight mail to the following address] U.S. Bankruptcy Court, 255 E. Temple St., Room 940, Los Angeles, CA 90012, Attn: Mail Room Clerk—Judges Copies

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/19/17 | Lawrence Pleasant | *Lawrence Pleasant* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE