United States Bankruptcy Court
Central District of California

In re:  
Green Jane Inc .  
    Debtor

Case No. 17-12677-ER  
Chapter 11

## CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 1 | Date Rcvd: May 16, 2017 |
|---|---|---|---|
| | Form ID: pdf042 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2017.
db              +Green Jane Inc .,    4712 Admiralty Way #1236,    Marina Del Rey, CA 90292-6905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:
      Hatty K Yip    on behalf of U.S. Trustee    United States Trustee (LA) hatty.yip@usdoj.gov
      Paul J Pascuzzi    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
       ppascuzzi@ffwplaw.com
      Philip H Stillman    on behalf of Debtor Green Jane Inc  . pstillman@stillmanassociates.com
      Stuart R Simone    on behalf of Creditor     BevTech, Inc, dba GreenCO2 Systems
       info@gomezsimonebk.com,    breyes@gomezsimonelaw.com;jboyer@gomezsimonelaw.com
      Thomas A Willoughby    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
       twilloughby@ffwplaw.com,    lnlasley@ffwplaw.com
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                               TOTAL: 6

1  THOMAS A. WILLOUGHBY, State Bar No. 137597
   JENNIFER E. NIEMANN, State Bar No. 142151
2  FELDERSTEIN FITZGERALD
   WILLOUGHBY & PASCUZZI LLP
3  400 Capitol Mall, Suite 1750
   Sacramento, CA  95814
4  Telephone: (916) 329-7400
   Facsimile: (916) 329-7435
5  ppascuzzi@ffwplaw.com
   twilloughby@ffwplaw.com
6  jniemann@ffwplaw.com

**FILED & ENTERED**

**MAY 16 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

7  Proposed Attorneys for The Official Committee of
   Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

GREEN JANE, INC.,

Debtor.

CASE NO.: 2:17-bk-12677-ER

Chapter 11

**[NO HEARING REQUIRED]**

**ORDER ALLOWING OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SUPPLEMENT ITS RESPONSE TO (A) MOTION OF THE UNITED STATES TRUSTEE UNDER 11 U.S.C. § 1112(b)(1) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON**

The Court having reviewed the *Official Committee of Unsecured Creditors' Application to Supplement its Response to Motion of the United States Trustee Under 11 U.S.C. § 1112(b)(1) to Convert, Dismiss or Appoint a Chapter 11 Trustee With an Order Directing Payment of Quarterly Fees and for Judgment Thereon* [Docket No. 49] filed by the Official Committee of Unsecured Creditors (the "Committee") of Green Jane, Inc., and it appearing to the Court that cause exists to grant the relief sought,

**IT IS ORDERED** that:

A.   The Committee may supplement its Response in a pleading no longer than five (5) pages.

B.   This supplemental pleading shall be filed by midnight on May 15, 2017, with email service on the following parties and on the Court:

-1-

Order Allowing OCC to File Supplement
to Responses to Motions to Dismiss

1.      a.    hatty.yip@usdoj.gov;

2.      b.    ustpregion16.la.ecf@usdoj.gov;

3.      c.    pstillman@stillmanassociates.com;

4.      d.    info@gomezsimonebk.com;

5.      e.    jboyer@gomezsimonelaw.com;

6.      f.    breyes@gomezsimonelaw.com

###

Date: May 16, 2017

*Ernest M. Robles*
United States Bankruptcy Judge

-2-

Order Allowing OCC to File Supplement
to Responses to Motions to Dismiss