Rosendo Gonzalez [State Bar No. 137352]
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013
Telephone: (213) 452-0071
Facsimile: (213) 452-0080

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re | ) Case No. 2:17-bk-12677-ER |
| | ) Chapter 7 |
| GREEN JANE, INC | ) |
| | ) |
| | ) **NOTICE OF UNCLAIMED** |
| | ) **DIVIDENDS** |
| | ) **3011** |
| Debtor. | ) |
| | ) |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto check(s) totaling $39,917.66 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: March 25, 2021

_____
ROSENDO GONZALEZ
Chapter 7 Trustee

-1-

**ATTACHMENT NO. 2**

**LISTING OF DIVIDEND PAYMENTS**
(EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

| CLAIM NUMBER | CHECK NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT CLAIMED | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|---|---|
| 23 | 4033 | JAMES WONG | $126,660.00 | $126,660.00 | $37,338.24 | $37,338.24 |
| 29 | 4038 | CAPITAL ADVISORY, INC. | $8,750.00 | $8,750.00 | $2,579.42 | $2,579.42 |
| | | TOTALS: | $135,410.00 | $135,410.00 | $39,917.66 | $39,917.66 |

CASE NUMBER:    2:17-bk-12677-ER

CASE NAME:    GREEN JANE, INC

* Total also includes employee taxes withheld.